RECEIVED
JUL 27 2016
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:16-CR-00108 |
| v. | ) | **INDICTMENT** |
| LUCAS ABDULGHANI, | ) | 18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | ) | 18 U.S.C. § 2252(b)(1)<br>18 U.S.C. § 2252(b)(2)<br>18 U.S.C. § 2253<br>18 U.S.C. § 2256 |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct)**

Between approximately July 2013 and approximately July 2015, in the Southern District of Iowa, defendant LUCAS ABDULGHANI did knowingly receive child pornography, or visual depictions of minors (persons under the age of 18 years), engaging in sexually explicit conduct, using a means and facility of interstate and foreign commerce, and did knowingly receive child pornography, or visual depictions of minors, (persons under the age of 18 years) engaging in sexually explicit conduct, that were transported in and affecting interstate and foreign commerce.

This is a violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), and 2256.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession of Child Pornography)**

Between approximately July 2013 and approximately July 2015, in the Southern District of Iowa, defendant LUCAS ABDULGHANI, knowingly possessed matter, namely a computer and computer files, that contained child pornography, or visual depictions of minors (persons under the age of 18 years), including visual depictions of one or more prepubescent minors or minors under the age of 12, engaging in sexually explicit conduct, that were transported using any means and facility of interstate and foreign commerce or in and affecting interstate and foreign commerce, and were produced using materials that had been mailed or so shipped or transported..

This is a violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2), and 2256.

**THE GRAND JURY FURTHER FINDS:**

**NOTICE OF FORFEITURE**

If the defendant, LUCAS ABDULGHANI, is convicted of any of the offenses alleged in Counts 1 or 2 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

/s/
FOREPERSON

Kevin E. VanderSchel
United States Attorney

By: *_/s/ Craig Peyton Gaumer_*
Craig Peyton Gaumer
Assistant United States Attorney