United States District Court Southern District of Iowa

Presiding: Honorable Stephanie M. Rose

Criminal No. 4:16-cr-00108-001 Clerk's Court Minutes - Plea

United States of America vs. Lucas Abdulghani

Gov. Atty(s) Craig P. Gaumer

Def. Atty(s) Trever Tom Hook and William L. Kutmus

Court Reporter: Kelli Mulcahy

Interpreter: N/A

Date: January 3, 2017

Time Start: 3:16 pm

Time End: 3:45 pm

☑ Indictment ☐ Superseding Indictment ☐ Information

In Two Count(s) - Code Violation:

ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252(a)(2), 18:2252(b)(1), 18:2256 Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct (1)

ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252(a)(4)(B), 18:2252(b)(2), 18:2256 Possession of Child Pornography (2)

Waiver of Indictment filed: ☐

Information filed: ☐

Arraignment conducted: ☐

Statement by deft. in advance of plea of guilty filed: ☐

Defendant sworn: ☑

Defendant advised of potential perjury charges: ☑

Plea Agreement filed: ☑ Filed on 12/22/2016

- Defendant understands: ☑
- Defendant agrees: ☑

Defendant advised of nature of charges: ☑

Defendant advised of elements: ☑

Defendant satisfied with attorney: ☑

Defendant advised of penalties: ☑

- Maximum fine/incarceration: ☑
- Mandatory minimum fine/incarceration: ☐
- Forfeiture/restitution: ☑
- Supervised Release: ☑
- Mandatory special assessment: ☑
- No promises made regarding sentence: ☑

Defendant advised of sentencing guidelines: ☑

Defendant waives rights to jury trial: ☑

Defendant advised of right to persist in not guilty plea: ☑

Defendant plea of guilty to count(s): Two

Court findings:

- Factual basis: ☑
- Voluntariness: ☑
- Competency to plea: ☑

Court accepts plea: ☑

Court rejects plea: ☐

Offense Conduct Statement due: To be set in separate order

Presentence report to be disclosed to counsel by: To be set in separate order

Deadline to submit objections to presentence report to Probation Office: To be set in separate order

Applicability of advisory guideline to the Court by: To be set in separate order

Sentencing date: May 5, 2017 at 10:00 am

Detention hearing conducted: ☐

Bond previously set:

Bond continued: ☐

Bond changed to:

Minutes:

Defendant present with Counsel. Defendant sworn. Defendant satisfied with Counsel. Defendant admits to factual basis for the offense. Defendant advised of elements of and maximum penalties for crime charged. Plea is subject to an 11(c)(1)(A) plea agreement. Defendant advised of collateral consequences. Defendant advised of appeal rights.

Defendant pleads guilty to Count 2. Court accepts the plea. Parties' make argument in regards to detention. Defendant remains on conditions of release. Defense counsel shall file a status report regarding the defendant's health after the defendant's next appointment on January 16, 2017.

Defense Exhibit A is Received Under Seal.

/s./ K. Chrismer

Deputy Clerk